# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY R. HINES, | Case No. 2:19-cv-01465-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

I HEREBY GRANT the petitioner's request for extension of time (ECF No. 5). The petitioner will have through December 10, 2019 to comply with my order dated September 11, 2019 (ECF No. 4).

DATED: October 11, 2019.

_____
ANDREW P. GORDON
United States District Judge