# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONY R. HINES,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No.: 2:19-cv-01465-APG-VCF<br><br>**Order Granting Request for Extension of Time**<br><br>[ECF No. 7] |

    I HEREBY GRANT the petitioner's request for an extension of time (ECF No. 7). The petitioner will have through January 24, 2020 to comply with my order dated September 11, 2019 (ECF No. 4).

    DATED: November 22, 2019.

    _____
    ANDREW P. GORDON
    UNITED STATES DISTRICT JUDGE