**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Tony Hines,<br><br>    Petitioner,<br><br>v.<br><br>Brian Williams, et al.,<br><br>    Respondents. | Case No.: 2:19-cv-01465-APG-VCF<br><br>**Order Granting Motion for an Extension of Time**<br><br>[ECF No. 12] |

Petitioner Tony Hines has filed a motion asking for additional time to comply with the court's order of September 11, 2019.  ECF No. 12.  That order directed Hines either to file an application to proceed <u>in forma pauperis</u> with all the required documents or to pay the filing fee. On January 6, 2020, petitioner filed an application to proceed <u>in forma pauperis</u>.  ECF No. 10. On January 9, 2020, the court denied the application and directed petitioner to pay the filing fee. ECF No. 12.  To the extent that Hines wants additional time to comply with the court's order of September 11, 2019, his request is moot because he already has complied with that order. However, the court construes Hines' motion as a request for additional time to pay the filing fee, as directed in the court's order of January 9, 2020.  So construed, the court finds good cause for Hines' request and grants his motion.

IT IS THEREFORE ORDERED that the motion for an extension of time (ECF No. 12) is **GRANTED**.  Petitioner will have up to and including March 10, 2020, to pay the filing fee as directed in the order of January 9, 2020 (ECF No. 11).

Dated: January 24, 2020.

                                                                                             _____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE