Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
jonathan_kirshbaum@fd.org

*Attorney for Petitioner Tony Hines

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Tony R. Hines,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Brian Williams, *et al.*,<br><br>　　　　Respondents. | Case No. 2:19-cv-01465-APG-VCF<br><br>**Unopposed motion for extension of time to file First Amended Petition**<br><br>**(First Request)**<br><br>**ORDER** |

**POINTS AND AUTHORITIES**

1. On April 4, 2019, this Court docketed Petitioner Tony Hines's *pro se* 28 U.S.C. § 2254 petition. ECF No. 1. On February 2, 2020, this Court appointed the Federal Public Defender to represent Hines. ECF No. 15. On March 16, this Court issued a scheduling order setting July 14, 2020.  ECF No. 16.

2. Counsel for Hines requests a first extension of time of 62 days to file the first amended petition to Monday, September 14, 2020.  Counsel's workload, the pandemic, and difficulty obtaining court records have prevented counsel from meeting the current deadline.

3. Counsel has begun working on Hines's case. Counsel has spoken to Mr. Hines in depth about the case and has begun reviewing the record. However, counsel has had difficulty obtaining some of the court records in his case. Hines's conviction is old and some records are not available electronically. This office has ordered the relevant records and has diligently followed up on those requests. However, the office is still waiting to hear back from court personnel on these requests. Counsel believes the pandemic, which has resulted in court closures, has played a significant role in the delayed response to these requests.

4. Complicating counsel's ability to finish the amended petition by the current deadline has been the numerous administrative and managerial responsibilities related to his position as Chief of the Non-Capital Habeas Unit. The current pandemic has placed many demands on undersigned counsel's time. Over the past two months, counsel has had the responsibility of developing protocols for the unit with respect to many facets of our work, including such things as travel, reopening, mail. Counsel has also been responsible for remotely training a new attorney and two attorneys in our Reno office. All of these administrative and managerial responsibilities have required a significant time investment, which has interfered with undersigned counsel's ability to dedicate enough time to work on his

caseload. Undersigned counsel anticipates these responsibilities will continue during the entire time the office must work remotely. While working remotely has been feasible, there have been routine technological complications, making reviewing the record and drafting pleadings complicated. Further, working remotely has been challenging due to child-care issues.

5. Despite the administrative and managerial responsibilities, counsel has retained a significantly large caseload, which recently increased with the departure of a highly experienced attorney. Over the past three months, counsel has filed, among other things, four cert. petitions, three state petitions, three motions for a certificate of appealability, three replies to motions, an amended petition, and a lengthy pardons board application. In addition, counsel, in his role as supervisor, has had to review dozens of pleadings and provide consultation and support on numerous other cases.

6. For these reasons, counsel is requesting an additional 62 days to file the first amended petition.

7. On July 13, 2020, counsel for respondents, Chief Deputy Attorney General Heather D. Procter, indicated by email respondents do not oppose this request with the understanding that the lack of objection is not a waiver or concession of any kind.

8. This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Hines. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the First Amended Petition no later than September 14, 2020.

Dated July 13, 2020.

          Respectfully submitted,

          Rene L. Valladares
          Federal Public Defender

          */s/ Jonathan M. Kirshbaum*
          Jonathan M. Kirshbaum
          Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge
Dated: 7/13/2020

4