# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONY R. HINES, | Case No.: 2:19-cv-01465-APG-VCF |
| Petitioner, | **Order Granting Unopposed Motion for Enlargement of Time** *Nunc pro Tunc* |
| v. | |
| BRIAN WILLIAMS, et al., | [ECF No. 23] |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time *nunc pro tunc*,[1] and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time *nunc pro tunc* (ECF No. 23) is **GRANTED**.  Respondents will have up to and including January 19, 2021, to file a response to the first amended petition (ECF No. 22).

DATED: December 2, 2020

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

_____
[1] ECF No. 23.