UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONY R. HINES,

    Petitioner,

v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No.: 2:19-cv-01465-APG-VCF

**Order Granting Unopposed Motion for Enlargement of Time**

[ECF No. 25]

Respondents having filed an unopposed motion for enlargement of time (second request),[1] and good cause appearing;

IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 25) is **GRANTED**. Respondents will have up to and including February 18, 2021, to file a response to the first amended petition (ECF No. 22).

DATED: January 20, 2021

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 25.