Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Jonathan M. Kirshbaum
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
jonathan_kirshbaum@fd.org

*Attorney for Petitioner Tony Hines

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tony R. Hines,<br><br>      Petitioner,<br><br>   v.<br><br>Brian Williams, *et al.*,<br><br>      Respondents. | Case No. 2:19-cv-01465-APG-VCF<br><br>**Unopposed motion for extension of time to file Response to Motion to Dismiss**<br><br>**(First Request)** |

## POINTS AND AUTHORITIES

1. On February 18, 2021, Respondents moved to dismiss Hines's amended petition on three grounds: (1) it is second or successive; (2) it is untimely; and (3) the one issue in the petition is procedurally defaulted. ECF No. 27. Under LR 7-2(b), Hines's response to the motion to dismiss is due March 4, 2021.

2. Counsel for Hines requests a first extension of time of 32 days to file the response to the motion to dismiss to Monday, April 5, 2021.  While counsel has begun working on the response, the complexity of the response as well as counsel's workload and managerial responsibilities have prevented him from meeting the current deadline.

3. In the past two weeks, counsel has had to prioritize drafting and reviewing two amended petitions in federal court, three cert. petitions in the United States Supreme Court, and two Nevada Supreme Court opening briefs. Counsel has also had to focus on preparing for an upcoming appearance before the Nevada Board of Pardons in March. Further, complicating counsel's ability to finish the response by the current deadline has been the numerous administrative and managerial responsibilities related to his position as Chief of the Non-Capital Habeas Unit. Primarily, a new attorney started with the unit in February, which has required a great deal of training and oversight. In addition, counsel has had to actively participate in developing the office's reopening plan.

4. For these reasons, counsel is requesting an additional 32 days to file the response.

5. On March 3, 2021, counsel for respondents, Chief Deputy Attorney General Heather D. Procter, indicated by email respondents do not oppose this request with the understanding that the lack of objection is not a waiver or concession of any kind.

6.   This motion is not filed for the purpose of delay, but in the interests of justice, as well as in the interest of Hines. Counsel for Petitioner respectfully requests that this Court grant this motion and order Petitioner to file the response to the motion to dismiss no later than April 5, 2021.

Dated March 3, 2021.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Jonathan M. Kirshbaum*
Jonathan M. Kirshbaum
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: March 4, 2021

3